PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 13-CR-28-01-SM |
| | DOCKET NUMBER *(Rec. Court)* |
| | 16CR10318 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kurt Sanborn | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE | |
| 99 Frederick Street, Apt. 55 | Honorable Steven J. McAuliffe | |
| Dracut, MA 01826 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

DATES OF PROBATION/ SUPERVISED RELEASE — FROM July 12, 2016 — TO July 11, 2019

OFFENSE
<u>Count 1</u>: Wire Fraud, in violation of 18 U.S.C. § 1343
<u>Count 2</u>: Mail Fraud, in violation of 18 U.S.C. § 1341
<u>Count 3</u>: Bank Fraud, in violation of 18 U.S.C. § 1344

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

　　　　IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 21, 2016
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

　　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/4/16
_____
*Effective Date*

_____
*United States District Judge*

DOCKETED





# MEMORANDUM

Date:      October 31, 2016

To:        The Honorable Patti B. Saris
              Chief United States District Judge

From:     Lisa A. Dube'
              Sr. United States Probation Officer

Re:        **SANBORN, Kurt**
              **D/NH Docket No. 13-CR-28-01-SM**
              <u>**TRANSFER OF JURISDICTION TO D/MA**</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On December 17, 2015, the above-captioned Kurt Sanborn appeared in the District of New Hampshire before The Honorable Steven J. McAuliffe and pleaded guilty to one count each of Wire Fraud, Mail Fraud and Bank Fraud. He was sentenced to 27 months imprisonment on each count, to run concurrently, and 3 years of supervised release on each count, to run concurrently.

As Mr. Sanborn resides in and is being supervised by the District of Massachusetts, we are recommending that jurisdiction of this case be transferred from the District of New Hampshire to the District of Massachusetts.

Please execute the attached PF-22 forms if you concur. Thank you.