✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Massachusetts

United States of America

V.

Kurt Sanborn

**EXHIBIT AND WITNESS LIST**

Case Number: 1:16-cr-10318-RGS-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | JRachel Y. Hemani | Lauren M. Thomas |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/1/2017 - 2/1/2017 | Digital Recorder | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/1/2017 | | | Testimony - Probation Officer Lisa Dube |
| | | | | | |
| 1 | | 2/1/2017 | Y | Y | Police report from an alleged stocking incident as to Kurt Sanborn and Ms. P |
| 2 | | 2/1/2017 | Y | Y | Collections of police report from Wayland PD detailing an incident as to CH and Kurt Sanborn |
| 3 | | 2/1/2017 | Y | Y | Flyer alleged to be distributed by Kurt Sanborn as to Ms. CH |
| 4 | | 2/1/2017 | Y | Y | Restraining Order from Dudley District Court as to Kurt Sanborn |
| | A | 2/1/2017 | Y | Y | Motion for Discovery as to Kurt Sanborn state case |
| | B | 2/1/2017 | Y | Y | Admission letter from Umass Lowell as to Kurt Sanborn |
| | C | 2/1/2017 | Y | Y | Screen shot from Umass Lowell's website as to courses as to Kurt Sanborn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages