

# Memorandum

**To:** Honorable Jennifer C. Boal, U.S. Magistrate Judge

**From:** Lisa Dube, Senior U.S. Probation Officer

**CC:** AUSA Rachel Hemani, Atty Mark Josephs

**Date:** September 15, 2017

**Re:** Kurt Sanborn, Dkt #16-10318, Report on Offender Under Supervision

---

The purpose of this memorandum is to update Your Honor on the above-captioned individual's compliance with the bail conditions Your Honor imposed on 9/11/17. Mr. Sanborn was placed on electronic monitoring with a curfew, with the understanding that the condition was to begin forthwith. This office met with Mr. Sanborn on 9/11/17, at which time the installation of his electronic monitoring bracelet was completed, and he was given instructions to plug in the electronic monitoring receiver immediately upon returning to his residence. He was reported to be working, and was informed that he could plug in the unit upon his return from work. His curfew was 10pm.

On 9/11/17, this writer received notification from the Location Monitoring Specialist that as of 11:07pm, Mr. Sanborn had yet to return and plug his unit in. This writer did not receive the e-mail until the morning of 9/12/17, at which time she immediately texted Mr. Sanborn to instruct him to plug his unit in. A short time later at approximately 7:15am, Mr. Sanborn replied that he plugged the unit in, noting that he fell asleep last night after work. He apologized for "falling asleep, stating that he was cramming for a test that occupied [his] mind, and that [he] would abid by the curfew, go to school and work that is it."

At this time, the Probation Office is not requesting any action. If Your Honor concurs, please indicate by endorsing below. As always, if Your Honor has any further questions, please feel free to contact me at 978-689-3885.

Reviewed and Approved by:
*/s/ Jeffrey R. Smith*
Jeffrey R. Smith
Supervising U.S. Probation Officer

_____

[  ] I Concur
[  ] Other_____

                                                                _____
                                                                 The Honorable Jennifer C. Boal
                                                                 U. S. Magistrate Judge

                                                                 Date:_____