

# Memorandum

**To:** Honorable Richard G. Stearns, U.S. District Judge

**From:** Lisa Dube, Senior U.S. Probation Officer

**CC:** AUSA Rachel Hemani, Atty Mark Josephs

**Date:** January 3, 2018

**Re:** Kurt Sanborn, Dkt #16-10318, Request for clarification of sentence

---

Your Honor may recall that on 10/4/2017, Mr. Sanborn appeared before the Court for a Final Revocation Hearing. There appears to be some confusion with respect to the Court's intent at the hearing. As the docket currently reads, Mr. Sanborn's period of supervised release was extended for six months, which would result in a supervision termination date of 11/4/2019. However, as referenced in the rough draft of the court transcript by AUSA Rachel Hemani at line 8 of page 2, there was a joint recommendation that the period of supervised release be six months from [10/4/2017]. It is further noted that on page 7, line 3 of the rough draft transcript, Your Honor stated Your intent to adopt the proposed resolution, with the exception of the credited time on the electronic monitoring bracelet—which Your Honor agreed with defense counsel, should be credited to 9/11/2017.

The writer believes that this matter can be resolved by the Court issuing a formal order modifying the period of supervised release to six months from 10/4/2017, resulting in a supervision termination date of 4/3/2018.

As always, if Your Honor has any further questions, please feel free to contact me at 978-689-3885.

Reviewed and Approved by:
*/s/ Jeffrey R. Smith*
Jeffrey R. Smith
Supervising U.S. Probation Officer

---

[ ] I Concur
[ ] Other_____

                                                             _____
                                                             The Honorable Richard G. Stearns
                                                            U. S. District Judge

                                                            Date:_____

1